SCWC-14-0001328

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

OHANA HOʻOPAKELE, a Hawaiʻi non-profit corporation;
RALPH PALIKAPU DEDMAN; RONALD S. FUJIYOSHI;
JAMES ALBERTINI; LEULLA NOHEA CRUTCHER;
SAMUEL KALELEIKI, JR.; VAN KEOKI KAHUMOKU; and
CEDRIC ALIʻI KAI AH SING, Petitioners/Plaintiffs-Appellants,
vs.
DEPARTMENT OF ACCOUNTING AND GENERAL SERVICES and
DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAIʻI; and
DEAN H. SEKI, in his capacity as Comptroller,
State of Hawaiʻi, Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001328; CIV. NO. 13-1-0474)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Plaintiffs-Appellants Ohana Hoʻopakele, a

Hawaiʻi non-profit corporation, Ralph Palikapu Dedman, Ronald S.

Fujiyoshi, James Albertini, Leulla Nohea Crutcher, Samuel

Kaleleiki, Jr., Van Keoki Kahumoku, and Cedric Aliʻi Kai Ah

Sing's application for writ of certiorari filed on March 10,

2016, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 20 2016.

James M. Dombrowski        /s/ Mark E. Recktenwald
and Georgette Yaindl
for petitioners            /s/ Paula A. Nakayama

Diane Taira                /s/ Sabrina S. McKenna
for respondents
                           /s/ Richard W. Pollack

                           /s/ Michael D. Wilson

2